## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

ZIAD ANSARI                    *
22 Dunvale Road, #C
Towson, MD 21204          *

     Plaintiff             *

v.                         *

                             Civil Action No.:

WAL-MART STORES EAST, LP   *
1 Customer Dr.
Bentonville Arkansas 72716    *

**Serve On:**                 *

    <u>**Resident Agent:**</u>
    The Corporation Trust Incorporated *
    2405 York Road, Suite 201
    Lutherville Timonium, MD 21093  *

    Defendant            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### COMPLAINT & REQUEST FOR JURY TRIAL

NOW COMES the Plaintiff, Ziad Ansari, by and through his attorneys, Stephen A. Markey, III and the Law Office of Markey & Orsi, and hereby files suit against the Defendant, Wal-Mart Stores East, LP and in support thereof, states as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. § 1332, as this case involves diversity of citizenship and the amount in controversy exceeds $75,000.

2.     This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367(a) because those claims form part of the same case or controversy

under Article III of the United States Constitution. Plaintiff's state law claims share all common operative facts with his federal law claims, and the parties are identical. Resolving Plaintiff's federal and state claims in a single action serves the interests of judicial economy, convenience, consistency, and fairness to the parties.

3.    Venue is proper and Defendant is subject to the personal jurisdiction of this Court because all or most of the events giving rise to this action occurred in this District. 28 U.S.C. § 1391(b).

## PARTIES & VENUE

4.    Plaintiff, Ziad Ansari (hereinafter referred to as "Ansari"), is a resident of Baltimore County, Maryland.

5.    Defendant, Wal-Mart Stores East, LP ("Wal-Mart" or "Defendant"), is a Delaware limited partnership authorized to do business in the State of Maryland, with physical retail locations throughout the state, including Baltimore County. At all times relevant, Defendant owned and operated the store located at 1234 Putty Hill Road, Towson, Maryland 21289.

6.    The occurrence took place in Baltimore County, Maryland.

## FACTS COMMON TO ALL COUNTS

7.    On or about July 29, 2022, Plaintiff was lawfully on the premises of the Wal-Mart store located at 1234 Putty Hill Road, Towson, Maryland, as a business invitee for the purpose of shopping.

8.    As Plaintiff entered the store, he suddenly and without warning slipped and fell due to a wet and slippery substance on the floor inside the store's entryway.

9.    At the time of the fall, Plaintiff was using crutches due to a prior disability and lost control and balance when he encountered the wet surface. The fall caused him to sustain serious and painful bodily injuries.

10.    Upon observing the condition of the floor immediately after the fall, Plaintiff noted that the entire floor was wet appearing to have been recently mopped.  There were no warning signs, cones, mats, or other cautionary devices alerting patrons to the hazardous condition of the floor. A Wal-Mart employee (believed to be "Frank") was in the entrance area and witnessed the fall and along with another customer, was immediately at the aid of Plaintiff.

11.    Upon information and belief, the Wal-Mart employee that witnessed the fall (possibly "Frank"), was cleaning the floor of the entrance and was the cause of the wet floor.

12.    A manager from Wal-Mart immediately came to the entrance area to assist the Plaintiff and a report to management was given.  The Plaintiff declined an ambulance and attempted to go shopping. Before leaving the store the Wal-Mart manager again spoke to the Plaintiff and informed the Plaintiff that he had reviewed video surveillance and confirmed that Plaintiff had indeed slipped and fallen. Although the manager refused to provide a copy of the video footage when requested, he assured Plaintiff that he would hear from Wal-Mart's insurance company.

13.    Plaintiff's fall and subsequent injuries were caused entirely by Defendant's failure to maintain its premises in a reasonably safe condition for its customers.

## COUNT I- NEGLIGENCE

14.    Plaintiff, Ziad Ansari, incorporates by reference and realleges paragraphs 1 through 13 as if fully set forth herein.

15. At all times relevant to this Complaint, Defendant Wal-Mart owned, operated, managed, maintained, and controlled the premises located at 1234 Putty Hill Road, Towson, MD 21289.

16. As a business invitee, Plaintiff was owed the highest duty of care by Defendant. This duty included the obligation to maintain the premises in a reasonably safe condition, to inspect the premises regularly, and to protect the Plaintiff from injury caused by an unreasonable risk that he, through the exercise of ordinary care, would not have discovered on his own.

17. Furthermore, Defendant was responsible for oversight, operation, maintenance, and inspection of its premises to ensure that the store, including the entryway area, was free from any danger, defect, or hazardous conditions, including but not limited to cleaning and maintenance of its floors.

18. Defendant knew or, through the exercise of reasonable care, should have known and in fact was the cause of the floor in the entryway area being wet and unreasonably slippery, creating a hazardous condition for customers.

19. Despite this knowledge, Defendant negligently and carelessly:

a. Failed to properly inspect and monitor the entryway area;

b. Failed to timely remove or clean the hazardous substance from the floor;

c. Failed to place visible warning signs, cones, or other devices to alert customers to the dangerous condition;

d. Failed to employ adequate supervision or staffing to ensure prompt detection and remediation of such hazards;

e. Failed to exercise reasonable care under the circumstances; and

f. Otherwise breached its duty of care owed to Plaintiff.

20.     Defendant breached this duty by failing to keep its floor in a safe and dry condition, failing to inspect and maintain the floor to ensure it was safe for customers/business invitees, failing to clean the liquid in a prompt manner, failing to post any warnings, and failing to supervise the entryway to ensure it was safe and non-slippery, and otherwise being negligent.

21.     As a direct and proximate result of Defendant's negligence, Plaintiff suffered significant injuries to his body and limbs, endured pain and suffering, incurred substantial medical, rehabilitation, and therapy expenses, and sustained other losses including physical and mental anguish.

22.     Plaintiff's injuries and damages were caused solely by the negligent acts and omissions of Defendant, without any contributory negligence or assumption of risk on the part of Plaintiff.

**WHEREFORE,** the Plaintiff, Ziad Ansari, demands judgment against the Defendant, Wal-Mart Stores East, LP in an amount in excess of  Seventy-Five Thousand Dollars ($75,000.00) in damages plus costs.

Respectfully submitted

*/s/ Stephen A. Markey, III*
Stephen A. Markey, III, Federal Bar No.: 04458
Law Offices of Markey & Orsi
1426 E. Joppa Road
Towson, MD 21286
steve@markeyorsilaw.com
t. 410-583-0755 f. 410-583-0757

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| ZIAD ANSARI | * |
| 22 Dunvale Road, #C | |
| Towson, MD 21204 | * |
| | |
| Plaintiff | * |
| | |
| v. | * |
| | Civil Action No.: |
| WAL-MART STORES EAST, LP | * |
| 1 Customer Dr. | |
| Bentonville Arkansas 72716 | * |
| | |
| **Serve On:** | * |
| | |
| **Resident Agent:** | |
| The Corporation Trust Incorporated | * |
| 2405 York Road, Suite 201 | |
| Lutherville Timonium, MD 21093 | * |
| | |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PRAYER FOR JURY TRIAL**

Plaintiff hereby requests a jury trial in the within-entitled action.


*/s/ Stephen A. Markey, III*
Stephen A. Markey, III, Federal Bar No.: 04458
Law Offices of Markey & Orsi
1426 E. Joppa Road
Towson, MD 21286
steve@markeyorsilaw.com
t. 410-583-0755 f. 410-583-0757