**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

ZIAD ANSARI        *

     Plaintiff        *

v.        *

WAL-MART STORES EAST, LP      *      CASE NO.: 1:25-cv-02331-CJC

.        *

     Defendant        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2(a) of the United States District Court for the District of Maryland, undersigned counsel Stephen A. Markey, III, and the Law Offices of Markey & Orsi, respectfully move for leave to withdraw his appearance as counsel for Plaintiff, Ziad Ansari, and in support thereof state as follows:

1. Undersigned counsel presently represents Plaintiff Ziad Ansari (hereinafter "Ansari") in the above captioned matter.

2. Irreconcilable differences and conflicts have arisen between counsel and Plaintiff regarding the representation, such that continued representation would be unreasonably difficult and inconsistent with the obligations of counsel.

3. Undersigned counsel has advised Plaintiff in writing of counsel's intent to withdraw and of Plaintiff's right and obligation either (a) to have new counsel enter an appearance on his behalf, or (b) to advise the Clerk of the Court in writing that he intends to proceed without counsel.

4. On October 14, 2025, undersigned counsel sent a formal letter to Mr. Ansari, stating his attention to file a Motion to Withdraw his appearance in this matter absent consent from Mr. Ansari to withdraw based on previous discussions and correspondence. (Exhibit 1).

5. Despite ample notice and multiple communications, Mr. Ansari has not provided consent to counsel's withdrawal, and the irreconcilable differences and conflicts between counsel and client remain unresolved.

6. As a result of these continuing conflicts and the breakdown in the attorney-client relationship, undersigned counsel can no longer effectively represent Plaintiff, Ziad Ansari, in this matter.

7. Undersigned counsel is willing to appear before this Honorable Court, and, subject to the attorney-client privilege, provide additional information as the Court may deem necessary to rule on this Motion.

8. Undersigned counsel additionally requests that all further notices, pleadings, and correspondence be directed to the Plaintiff at the following last known address: 22 Dunvale Road, Apt C, Towson, MD 21204

WHEREFORE, pursuant to Local Rule 101.2(a) counsel requests that the appearance of Stephen A. Markey, III and the Law Offices of Markey & Orsi be WITHDRAWN as counsel for Ziad Ansari.

Respectfully submitted,

_____/s/_____
Stephen A. Markey, III,
Federal Bar No.: 04458
Law Offices of Markey & Orsi
1426 E. Joppa Road
Towson, Maryland 21286
Office: (410) 583-0755
Facsimile: (410) 583-0757
steve@markeyorsilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this ____ day of October, 2025, a copy of the foregoing Motion was sent by first-class mail and/or via PACER to:

Jennifer A. King, Esq.
DeCaro, Doran, Siciliano,
  Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715

Ziad Ansari
22 Dunvale Road, Apt C
Towson, MD 21204

_____/s/_____
Stephen A. Markey, III