**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

ZIAD ANSARI        *

      Plaintiff        *

v.        *

WAL-MART STORES EAST, LP        *      CASE NO.: 1:25-cv-02331-CJC

.        *

      Defendant        *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

Upon consideration of counsels' Motion to Withdraw Appearance, it is this \_\_\_\_ day of

_____, 2025, by the United States District Court for the District of Maryland  hereby

ORDERED that the Motion is <u>**GRANTED;**</u> and it is further

ORDERED that Stephen A. Markey, III and the Law Offices of Markey & Orsi are

hereby permitted to withdraw as counsel of record for Plaintiff Ziad Ansari; and it is further

ORDERED, that Plaintiff, Ziad Ansari shall, shall within thirty [30] days of the date of

this Order, cause new counsel to enter an appearance or notify the Court in writing whether they

intend to proceed pro se; and it is further

ORDERED  that the Clerk shall notify Plaintiff at the address listed in the Motion that he

will be deemed to be proceeding without counsel unless and until new counsel enters an

appearance on his behalf.

_____
JUDGE