Law Offices of
# MARKEY & ORSI

Stephen A. Markey, III
*steve@markeyorsilaw.com*
Amy M. Orsi
*amy@markeyorsilaw.com*
Brooh D. Hailu
*brooh@markeyorsilaw.com*

1426 E. Joppa Road
Towson, Maryland 21286-3004
Telephone (410) 583-0755
Facsimile (410) 583-0757
*e-mail:* info@markeyorsilaw.com
*website:* www.markeyorsilaw.com

Harford County
(410) 583-0755
(800) 927-0239

October 14, 2025

Ziad Ansari
22 Dunvale Road, Apt C
Towson, MD 21204

   Re: Ziad Ansari v. Wal-Mart Stores East, LP

Dear Ziad,

   This letter will confirm that we have had several conversations with regard to my withdrawing as counsel in the above-captioned matter. I have explained in detail the reasons for my withdrawal, and you have indicated your desire to either retain new counsel or represent yourself pro se in this matter against Wal-Mart. As I explained to you, I cannot withdrawal from the case without court approval and that your consent to my withdrawal will likely lead to a quicker approval process. I will advise the court in my Motion to Withdrawal that you are seeking sixty days to either find another attorney or to proceed in this matter pro se. The purpose of the sixty-days is also to allow you the opportunity to have the surveillance tape provided by Wal-Mart analyzed to determine whether or not it has been altered.

   I would ask that you please sign below where indicated advising that you are consenting to my withdrawal so that I can file the motion.

      Very truly yours,

      Stephen A. Markey, III

SAM/jas

I consent to withdrawal Stephen A. Markey, III, Esquire and the Law Offices of Markey & Orsi as my attorney:

_____  _____
Ziad Ansari         Date



EXHIBIT

1