**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ZIAD ANSARI,                                     *

    Plaintiff,                                  *

v.                                               *        **Civil Action No. CJC-25-2331**

WAL-MART STORES EAST LP,                          *

    Defendant.                                  *

**ORDER**

In accordance with the parties' Joint Status Report, ECF No. 18, the deadlines in the Scheduling Order are modified as follows:

| | |
|---|---|
| December 5, 2025: | Moving for joinder of additional parties and amendment of pleadings |
| December 19, 2025: | Plaintiff's Rule 26(a)(2) disclosures |
| January 17, 2026: | Defendant's Rule 26(a)(2) disclosures |
| January 31, 2026: | Plaintiff's rebuttal 26(a)(2) disclosures |
| February 7, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| March 3, 2026: | Discovery deadline; submission of status report |
| March 10, 2026: | Requests for admission |
| April 3, 2026: | Dispositive pretrial motions deadline |

Date: October 23, 2025                          /s/

                                          Chelsea J. Crawford
                                          United States Magistrate Judge