ZIAD ANSARI : 
 : 
      Plaintiff, : 
 : 
v. :     Case No.: 1:25-cv-02331-JKB
 : 
WALMART STORES EAST, LP : 
 : 
      Defendant. : 

## STATUS REPORT

COMES NOW the Defendant, Walmart Stores East, LP, by and through its attorneys, Jennifer A. King and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, II, and pursuant to this Court's Scheduling Order, states as follows:

**A.    STATUS OF DISCOVERY**

Defense Counsel spoke with Plaintiff, for the first time, on March 6, 2026, in response to a letter sent to Plaintiff via regular mail. Plaintiff has been unable to find an attorney. Plaintiff requested an extension of time until March 31, 2026, to respond to outstanding discovery. Defendant consents to the extension. As such, Defendant also consents to an extension of all deadlines in the scheduling order by 60 days.

On March 10, 2026, the undersigned sent a draft status report to Plaintiff for review and signature setting forth the above request. On March 11, 2026, Plaintiff responded via email that he may need additional time. The undersigned requested additional information, but Plaintiff has not responded.

**B.    MOTIONS PENDING**

None.

**C.      DISPOSITIVE PRE-TRIAL MOTIONS**

Defendant intends to file a dispositive motion.

**D.      JURY TRIAL/LENGTH OF TRIAL**

This case will be tried by a jury and should take approximately two (2) days.

**E.      SETTLEMENT NEGOTIATIONS**

The parties have not discussed settlement.

**F.      MEDIATION/SETTLEMENT CONFERENCE**

Defendant requests that this case be referred for a settlement/ADR conference after the resolution of any dispositive pretrial motion.

**G.      OTHER MATTERS**

None.

Respectfully submitted,

/s/Jennifer A. King
Jennifer A. King, #17248
DeCaro, Doran, Siciliano,
  Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301) 352-4950
jking@decarodoran.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **13th** day of **March, 2026,** a copy of the foregoing Preliminary Rule 26(a)(2) Disclosures was mailed to:

Ziad Ansari
22 Dunvale Road
#C
Towson, Maryland 21204
*pro se*

/s/Jennifer A. King
Jennifer A. King, #17248