**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ZIAD ANSARI,                                  *

    Plaintiff,                             *

v.                                            *          Civil Action No. CJC-25-2331

WAL-MART STORES EAST LP,                      *

    Defendant.                            *

**ORDER**

The Court APPROVES the parties' Joint Status Report. ECF No. 25. The deadlines in the

Scheduling Order are modified as follows:

| | |
|---|---|
| May 4, 2026: | Discovery deadline |
| May 11, 2026: | Requests for admission |
| June 2, 2026: | Dispositive pretrial motions deadline |

Date: March 17, 2026                    _____/s/_____

                                              Chelsea J. Crawford
                                              United States Magistrate Judge