**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

_____
                                       )
**ZIAD ANSARI**                        )
                                       )
        Plaintiff,          )
                                       )
  v.                              ) Case No. 1:25cv-02331 JKB
**WALMART STORES EAST, LP**            )
                                       )
        Defendant.          )
_____)

## ENTRY OF APPEARANCE

Please enter the appearance of Samuel Q. Elira Sr., Esquire and

The Elira Law Firm, LLC, as counsel on behalf of Plaintiff, **ZIAD**

**ANSARI.**

        Respectfully submitted,

        **THE ELIRA LAW FIRM, LLC.**

        /s/ Samuel Q. Elira Sr.
        Samuel Q. Elira Sr., Esquire
        Md Bar No. 22164
        3060 Mitchellville Road, Suite 216
        Bowie, Maryland 20716
        (301) 218-9400 (Office)
        (301) 218-9406 (Fax)
        sqelaw@gmail.com
        *Counsel for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May 2026, the foregoing was E-filed via CM/ECF, with the Clerk of the United States District Court District of Maryland, and electronically delivered to all parties of record.

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire

2