IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZIAD ANSARI                              :
                                         :
             Plaintiff,                  :
                                         :
v.                                       :        Case No.: 1:25-cv-02331-CJC
                                         :
WALMART STORES EAST, LP                  :
                                         :
             Defendant.                  :

## JOINT MOTION TO MODIFY SCHEDULING ORDER

COME NOW, the Parties, by and through their undersigned counsel, and move to modify the Scheduling Order as set forth pursuant to the Status Report (ECF Nos. 25 and 26), and in support thereof, states as follows:

1.    This matter arises out of an alleged slip and fall incident that occurred at Defendant's store. Liability and damages are in dispute.

2.    As the Court is aware, Plaintiff's first attorney withdrew as Counsel.

3.    Defense Counsel, Jennifer King, spoke with Plaintiff, for the first time, on March 6, 2026, in response to a letter sent to Plaintiff via regular mail. Plaintiff had been unable to find an attorney at that time and stated he did not realize he was permitted to speak with Ms. King directly.

4.    Plaintiff also alerted Ms. King to his ongoing medical issues and requested an extension of time to respond to outstanding discovery. Ms. King consented and this Court granted an extension of the deadlines by sixty days.

5.      Plaintiff continued to advise Ms. King of his ongoing issues which appeared to continue through April, 2026, and Ms. King did not object to additional extensions.

6.      Ms. King's father had surgery on April 27, 2026, and he ultimately passed away due to complications on May 6, 2026.

7.      In the meantime, Plaintiff retained Counsel, Samuel Q. Elira, Sr., who entered an appearance on May 4, 2026.

8.      Due to family matters, Ms. King had limited availability and did not have the opportunity to meet and confer with Plaintiff's Counsel as to outstanding discovery.

9.      Ms. King's sister-in-law then passed away unexpectedly on May 29, 2026, further delaying communications.

10.      Plaintiff recently provided discovery responses and medical records and bills.

11.      In order to properly evaluate Plaintiff's case and schedule appropriate defense medical examinations, Defendant needs to have a complete copy of Plaintiff's medical records and Plaintiff's deposition.

12.      Moreover, the parties are not in a position to participate in meaningful settlement discussions at this time.

13.      Accordingly, the parties are requesting an 90-day extension to the deadlines to complete discovery, including conducting depositions:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline; submission of status report | 05/04/2026 | 08/02/2026 |
| Requests for admission | 05/11/2026 | 08/09/2026 |

| Dispositive pretrial motions deadline | 06/02/2026 | 08/31/2026 |

14.    The parties have been working cooperatively and reasonably anticipate being able to complete discovery by the deadlines set forth above.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order to Modify the Scheduling Order as outlined herein.

Respectfully submitted,

_____
Samuel Q. Elira, Sr., #22164
The Elira Law Firm, LLC
3060 Mitchellville Road, Suite 216
Bowie, Maryland 20716
(301) 218-9400
sqelaw@gmail.com
**Counsel for Plaintiff**

/s/Jennifer A. King
Jennifer A. King, #17248
DeCaro, Doran, Siciliano,
  Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
jking@decarodoran.com
**Counsel for Defendant**