IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ZIAD ANSARI                                              :
                                                         :
            Plaintiff,                                   :
                                                         :
v.                                                       :        Case No.: 1:25-cv-02331-CJC
                                                         :
WALMART STORES EAST, LP                                  :
                                                         :
            Defendant.                                   :

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, and there

being no Opposition thereto, it is this _____ day of _____, 2026, hereby

ORDERED that the same be, and hereby is, GRANTED; it is further

ORDERED that the Scheduling Order in this matter be modified as follows:

| | **Proposed Deadline** |
|---|---|
| Discovery Deadline; submission of status report | 08/02/2026 |
| Requests for admission | 08/09/2026 |
| Dispositive pretrial motions deadline | 08/31/2026 |

ORDERED that the remainder of the dates in the Scheduling Order will remain unchanged;

SO ORDERED.

_____
United States District Judge