IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ZIAD ANSARI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Civil Action No. CJC-25-2331 |
| | : |
| WALMART STORES EAST, LP, | : |
| | : |
| Defendant. | : |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order, and there being

no Opposition thereto, it is this __16th__ day of _____June_____, 2026, hereby

ORDERED that the same be, and hereby is, GRANTED; it is further

ORDERED that the Scheduling Order in this matter be modified as follows:

| | **Proposed Deadline** |
|---|---|
| Discovery Deadline; submission of status report | 08/02/2026 |
| Requests for admission | 08/09/2026 |
| Dispositive pretrial motions deadline | 08/31/2026 |

In light of the extended discovery schedule, the Court will no longer be contacting the parties to

schedule a pretrial scheduling conference. _See_ ECF No. 30.

_____
Chelsea J. Crawford
United States Magistrate Judge