**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| ZIAD ANSARI, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| v. | * | Case No.: 1:25-cv-02331-CJC |
| | * | |
| WAL-MART STORES EAST LP, | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Ziad Ansari and Defendant Walmart Stores East, LP, by and through their undersigned counsel, respectfully move to modify the Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b)(4). In support, the parties state as follows:

1. The Court's June 16, 2026, Order extended the discovery deadline and status-report deadline to August 2, 2026, the deadline for requests for admission to August 9, 2026, and the dispositive pretrial motions deadline to August 31, 2026.

2. Plaintiff has responded to Defendant's discovery requests. Defendant's discovery responses are forthcoming.

3. The parties remain in regular communication regarding discovery, liability, damages, and potential resolution. Although the parties have engaged in continuing discussions, they have not resolved the case.

4. Plaintiff has retained Alfred Demirjian of TechFusion Corporation to review the video depicting Plaintiff's fall at Defendant's store. Plaintiff has concerns regarding

the authenticity, completeness, and possible alteration or modification of the video. Mr. Demirjian's expert review and opinion are forthcoming.

5. The parties are coordinating depositions. Plaintiff's deposition is tentatively scheduled for August 19, 2026. The parties anticipate taking the deposition of Walmart's corporate designee in early September 2026, subject to confirmation of the witness's availability.

6. The remaining discovery, including the expert review and the depositions, is material to the parties' evaluation of liability and damages. Additional time is therefore necessary to complete discovery and permit the parties to engage in meaningful settlement discussions.

7. The requested modification is made jointly and in good faith. It is not sought for purposes of delay. The parties have been working cooperatively and respectfully request a brief extension to complete the remaining discovery.

8. The parties respectfully propose the following revised deadlines:

| Event | Proposed Deadline |
| --- | --- |
| Discovery close | September 30, 2026 |
| Dispositive pretrial motions | October 15, 2026 |

**WHEREFORE,** the parties respectfully request that the Court grant this Joint Motion and

modify the Scheduling Order as set forth above.

Respectfully submitted,

**THE ELIRA LAW FIRM, LLC**

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire
MD Attorney ID No.: 22164
5302 E. Court Drive
Upper Marlboro, MD 20772
sqelaw@gmail.com
(301) 936-1418 (Office)
(301) 936-1432 (Fax)
(410) 934-4926 (Cell)

/s/ Jennifer A. King
Jennifer A. King
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
jking@decarodoran.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August 3, 2026, the foregoing was E-filed via CM/ECF, with the Clerk of the United States District Court District of Maryland, and electronically delivered to all parties of record.

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire